**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**BOBBY CHAPPLE**                                                                                              **PLAINTIFF**

**v.**                                       **Case No. 3:15-cv-00194 KGB**

**BRANDON PETTY,** *et al.*                                                                       **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerry W. Cavaneau (Dkt. No. 4). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. The Court dismisses without prejudice plaintiff Bobby Chapple's complaint for failure to state a claim upon which relief may be granted (Dkt. No. 1).

2. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. The Court certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this 29th day of July, 2015.

                                                                      _____
                                                                      KRISTINE G. BAKER
                                                                      UNITED STATES DISTRICT JUDGE