IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BOBBY CHAPPLE**                                                                                    **PLAINTIFF**

**v.**                                **Case No. 3:15-cv-00194 KGB**

**BRANDON PETTY,** *et al.*                                                       **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this 29th day of July, 2015.

*Kristine G. Baker*
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE